UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE NITZKIN and
JONAH NITZKIN
    Plaintiffs,

-vs.-                                              Case No:13-13870
                                                      Hon. Nancy G. Edmunds

INTEGRITY SOLUTION SERVICES, INC.
    Defendant.
_____

## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that the parties in the above case have reached a settlement.

The parties will submit a Dismissal to the Court by September 15, 2014.


August 13, 2014                /s/ Gary Nitzkin
                                      GARY D. NITZKIN  P41155
                                      TRAVIS SHACKELFORD P68710
                                      MICHIGAN CONSUMER CREDIT LAWYERS
                                      Attorneys for Plaintiff
                                      22142 West Nine Mile Road
                                      Southfield, MI 48033
                                      (248) 353-2882
                                      Fax (248) 353-4840
                                      Email – gary@micreditlawyer.com