UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE NITZKIN and
JONAH NITZKIN
    Plaintiffs,
-vs.-                                Case No:13-13870
                                        Hon. Nancy G. Edmunds

INTEGRITY SOLUTION SERVICES, INC.
    Defendant.
_____

## STIPULATION TO DISMISS WITH PREJUDICE
## AND WITHOUT FEES OR COSTS

      The parties stipulate to the dismissal of this case with prejudice and without fees or costs to any party.


/s/ Gary D. Nitzkin                    /s/ Steven A. Siman
Gary D. Nitzkin (P41155)           Steven A. Siman (P20480)
Attorney for Plaintiffs                Attorney for Defendant
22142 West Nine Mile Road        3250 West Big Beaver Road
Southfield, Michigan  48034       Troy, MI 48084
(248) 353-2882                          (248) 643-4700
gnitzkin@creditor-law.com         sas@simanlaw.net

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE NITZKIN and
JONAH NITZKIN
    Plaintiffs,
-vs.-                                  Case No:13-13870
                                            Hon. Nancy G. Edmunds

INTEGRITY SOLUTION SERVICES, INC.
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

**IT IS HEREBY ORDERED** that this case is hereby dismissed from this case with prejudice and without fees or costs to any party.

                                              s/ Nancy G. Edmunds
                                              Judge of United States District Court

Date:  August 15, 2014